B6A (Official Form 6A) (12/07)

In re **George Allison Davis**                                    Case No.    **11-43818-rfn-13**
      **Laura Jane Davis**                                                      (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 710 Crows Point, Bridgeport, TX 76426<br>single family residence - contract-for-deed | Fee Simple | C | $265,300.00 | $273,000.00 |
| 3222 N. US Hwy. 287, Decatur, TX 76234<br>25 acres of land | Fee Simple | C | $105,000.00 | $107,073.00 |
| 5606 Watters Place, Ft. Worth, TX 76114<br>single family residence | Fee Simple | C | $60,700.00 | $65,359.00 |
| 5816 Coleman Street, Wesworth Village, TX 76114<br>single family residence | Fee Simple | C | $47,200.00 | $61,904.00 |
| 5821 Coleman Street, Westworth Village, TX 76114<br>single family residence | Fee Simple | C | $48,300.00 | $79,962.00 |
| 5824 Coleman Street, Westworth Village, TX 76114<br>single family residence | Fee Simple | C | $52,400.00 | $75,610.00 |
| 7116 Overhill Road, Fort Worth, TX 76116<br>single family residence | Fee Simple | C | $108,000.00 | $83,000.00 |
| 1100 East Street, Lake Bridgeport, TX 76426<br>single family residence | Fee Simple | C | $24,910.00 | $27,000.00 |
| 605 S. Business 287, Decatur, TX 76426<br>single family residence | Fee Simple | C | $12,000.00 | $12,000.00 |

Total:    **$723,810.00**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **George Allison Davis**                          Case No.   <u>11-43818-rfn-13</u>
      **Laura Jane Davis**                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | C | $250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account | C | $379.00 |
| | | checking account | C | $250.00 |
| | | savings account | C | $20.00 |
| | | checking account | C | $24.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Wise County Co-Op - security deposit | C | $150.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | (2) TVs | C | $150.00 |
| | | stereo | C | $50.00 |
| | | (2) DVD players | C | $30.00 |
| | | CD player | C | $10.00 |
| | | VCR | C | $5.00 |
| | | camera | C | $25.00 |
| | | video camera | C | $50.00 |
| | | telephone | C | $10.00 |
| | | (3) computers | C | $300.00 |
| | | printer | C | $20.00 |
| | | fax machine | C | $25.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Allison Davis**  Case No. <u>11-43818-rfn-13</u>
   **Laura Jane Davis**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (2) couches | C | $200.00 |
| | | (2) chairs | C | $50.00 |
| | | recliner | C | $50.00 |
| | | (6) lamps | C | $30.00 |
| | | coffee table | C | $25.00 |
| | | (4) end tables | C | $60.00 |
| | | dining table | C | $100.00 |
| | | armoire | C | $100.00 |
| | | (2) china cabinets | C | $200.00 |
| | | assorted dishes | C | $20.00 |
| | | assorted pots & pans | C | $40.00 |
| | | refrigerator | C | $100.00 |
| | | washer & dryer | C | $150.00 |
| | | stove | C | $100.00 |
| | | dishwasher | C | $50.00 |
| | | microwave | C | $20.00 |
| | | freezer | C | $40.00 |
| | | bed | C | $100.00 |
| | | (2) dressers | C | $75.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Allison Davis**                      Case No.   **11-43818-rfn-13**
       **Laura Jane Davis**                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (2) night stands | C | $25.00 |
| | | mirror | C | $10.00 |
| | | assorted childrens toys | C | $50.00 |
| | | lawn mower | C | $50.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | book collection | C | $100.00 |
| | | assorted pictures | C | $50.00 |
| | | CD collection | C | $50.00 |
| | | DVD collection | C | $100.00 |
| | | coin collection | C | $100.00 |
| 6. Wearing apparel. | | clothes, shoes | C | $200.00 |
| 7. Furs and jewelry. | | (2) wedding rings | C | $500.00 |
| | | (2) watches | C | $50.00 |
| | | assorted earrings | C | $50.00 |
| | | (3) rings | C | $100.00 |
| | | assorted costume jewelry | C | $25.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | (2) pistols | C | $200.00 |
| | | shotgun | C | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Allison Davis**  Case No. **11-43818-rfn-13**
 **Laura Jane Davis**  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Schwinn bicycle | C | $100.00 |
| | | set of weights | C | $50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Edward Jones Hartford Mid-Cap IRA | C | $154.30 |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Allison Davis**          Case No.   **11-43818-rfn-13**
      **Laura Jane Davis**                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Allison Davis**  Case No. **11-43818-rfn-13**
**Laura Jane Davis**  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Jayco Eagle RLS travel trailer | C | $20,000.00 |
| | | 2005 Kia Sorento | C | $8,975.00 |
| | | 2001 Ford Focus | C | $2,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2002 Ford F-350 | C | $4,650.00 |
| | | 1977 Chevy C-30 Dump Truck | C | $4,750.00 |
| | | 16' Tandem Azle utility trailer | C | $500.00 |
| | | 20' enclosed trailer | C | $1,500.00 |
| | | (250) 55 gallon drums | C | $2,500.00 |
| | | (2) 40' storage containers | C | $1,800.00 |
| 30. Inventory. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Allison Davis**                                         Case No.   **11-43818-rfn-13**
      **Laura Jane Davis**                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                                **6**      continuation sheets attached     **Total >**     **$52,297.30**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **George Allison Davis**                          Case No.    **11-43818-rfn-13**
      **Laura Jane Davis**                                                 (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 710 Crows Point, Bridgeport, TX 76426 single family residence - contract-for-deed | 11 U.S.C. § 522(d)(1) | $0.00 | $265,300.00 |
| 7116 Overhill Road, Fort Worth, TX 76116 single family residence | 11 U.S.C. § 522(d)(5) | $13,608.00 | $108,000.00 |
| cash | 11 U.S.C. § 522(d)(5) | $250.00 | $250.00 |
| checking account | 11 U.S.C. § 522(d)(5) | $379.00 | $379.00 |
| checking account | 11 U.S.C. § 522(d)(5) | $250.00 | $250.00 |
| savings account | 11 U.S.C. § 522(d)(5) | $20.00 | $20.00 |
| checking account | 11 U.S.C. § 522(d)(5) | $24.00 | $24.00 |
| Wise County Co-Op - security deposit | 11 U.S.C. § 522(d)(5) | $150.00 | $150.00 |
| (2) TVs | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| stereo | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (2) DVD players | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| CD player | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| VCR | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| camera | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$14,951.00** | **$374,643.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **George Allison Davis**                             Case No.   **11-43818-rfn-13**
        **Laura Jane Davis**                                               (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| video camera | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| telephone | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| (3) computers | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| printer | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| fax machine | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| (2) couches | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| (2) chairs | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| recliner | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| (6) lamps | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| coffee table | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| (4) end tables | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| dining table | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| armoire | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| (2) china cabinets | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| assorted dishes | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| assorted pots & pans | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| refrigerator | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| washer & dryer | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| stove | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| | | **$16,581.00** | **$376,273.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **George Allison Davis**                                Case No.    **11-43818-rfn-13**
      **Laura Jane Davis**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| dishwasher | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| microwave | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| freezer | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| bed | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| (2) dressers | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| (2) night stands | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| mirror | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| assorted childrens toys | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| lawn mower | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| book collection | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| assorted pictures | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| CD collection | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| DVD collection | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| coin collection | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| clothes, shoes | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| (2) wedding rings | 11 U.S.C. § 522(d)(4) | $500.00 | $500.00 |
| (2) watches | 11 U.S.C. § 522(d)(4) | $50.00 | $50.00 |
| assorted earrings | 11 U.S.C. § 522(d)(4) | $50.00 | $50.00 |
| (3) rings | 11 U.S.C. § 522(d)(4) | $100.00 | $100.00 |
| | | **$18,301.00** | **$377,993.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **George Allison Davis**                                Case No.   **11-43818-rfn-13**
       **Laura Jane Davis**                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| assorted costume jewelry | 11 U.S.C. § 522(d)(4) | $25.00 | $25.00 |
| (2) pistols | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| shotgun | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| Schwinn bicycle | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| set of weights | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| Edward Jones Hartford Mid-Cap IRA | 11 U.S.C. § 522(b)(3)(C) | $154.30 | $154.30 |
|  | 11 U.S.C. § 522(d)(12) | $0.00 |  |
| 2005 Jayco Eagle RLS travel trailer | 11 U.S.C. § 522(d)(2) | $3,450.00 | $20,000.00 |
|  | 11 U.S.C. § 522(d)(5) | $8,819.00 |  |
| 2005 Kia Sorento | 11 U.S.C. § 522(d)(2) | $0.00 | $8,975.00 |
|  | 11 U.S.C. § 522(d)(5) | $0.00 |  |
| 2001 Ford Focus | 11 U.S.C. § 522(d)(2) | $2,300.00 | $2,300.00 |
|  | 11 U.S.C. § 522(d)(5) | $0.00 |  |
| 2002 Ford F-350 | 11 U.S.C. § 522(d)(6) | $4,350.00 | $4,650.00 |
| 1977 Chevy C-30 Dump Truck | 11 U.S.C. § 522(d)(6) | $0.00 | $4,750.00 |
| 16' Tandem Azle utility trailer | 11 U.S.C. § 522(d)(6) | $0.00 | $500.00 |
| 20' enclosed trailer | 11 U.S.C. § 522(d)(6) | $0.00 | $1,500.00 |
| (250) 55 gallon drums | 11 U.S.C. § 522(d)(6) | $0.00 | $2,500.00 |
| (2) 40' storage containers | 11 U.S.C. § 522(d)(6) | $0.00 | $1,800.00 |
|  |  | **$37,849.30** | **$425,597.30** |

B6D (Official Form 6D) (12/07)

In re **George Allison Davis**          Case No. **11-43818-rfn-13**
           **Laura Jane Davis**                                         (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx7779<br><br>**Americas Servicing Co Attention: Bankrupty 3476 State View Blvd Fort Mill, SC 29715** | | C | DATE INCURRED: **01/23/2006**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**5824 Coleman Street, Westworth Village, TX 76114**<br>REMARKS:<br><br>VALUE: **$52,400.00** | | | | **$75,610.00** | **$23,210.00** |
| ACCT #: xxxxxxxx7779<br><br>**Americas Servicing Co Attention: Bankrupty 3476 State View Blvd Fort Mill, SC 29715** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**5824 Coleman Street, Westworth Village, TX 76114**<br>REMARKS:<br><br>VALUE: **$1,035.00** | | | | **$1,035.00** | |
| ACCT #: xxxx6794<br><br>**Bank Of America, N.a. 450 American St Simi Valley, CA 93065** | | C | DATE INCURRED: **02/2007**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**5821 Coleman Street, Westworth Village, TX 76114**<br>REMARKS:<br><br>VALUE: **$48,300.00** | | | | **$79,962.00** | **$31,662.00** |
| ACCT #: xxxx6794<br><br>**Bank Of America, N.a. 450 American St Simi Valley, CA 93065** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**5821 Coleman Street, Westworth Village, TX 76114**<br>REMARKS:<br><br>VALUE: **$14,725.00** | | | | **$14,725.00** | |

|  | Subtotal (Total of this Page) > | **$171,332.00** | **$54,872.00** |
|---|---|---|---|
|  | Total (Use only on last page) > | | |

_____4_____ continuation sheets attached

                                                        (Report also on Summary of Schedules.)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **George Allison Davis**     Case No. **11-43818-rfn-13**
      **Laura Jane Davis**                                       (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Carolyn Neighbors**<br>**303 Circle Drive**<br>**Decatur, TX 76234** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**605 S. Bus 287, Decatur, TX 76234**<br>REMARKS:<br><br>VALUE:     **$12,000.00** | | | | **$12,000.00** | |
| ACCT #:<br>**Carolyn Neighbors**<br>**303 Circle Drive**<br>**Decatur, TX 76234** | | C | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**605 S. Bus 287, Decatur, TX 76234**<br>REMARKS:<br><br>VALUE:     **$900.00** | | | | **$900.00** | |
| ACCT #: **x0715**<br>**Cashmere Financial Services**<br>**226 Bailey**<br>**Suite 104**<br>**Ft. Worth, TX 76107** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Tax Lien**<br>COLLATERAL:<br>**7116 Overhill Road, Fort Worth, TX 76114**<br>REMARKS:<br><br>VALUE:     **$108,000.00** | | | | **$11,000.00** | |
| ACCT #: **xxxxxxxx8500**<br>**Chase Mtg**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127** | | C | DATE INCURRED:  **01/2006**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**5816 Coleman Street, Westworth Village, TX 76114**<br>REMARKS:<br><br>VALUE:     **$47,200.00** | | | | **$61,904.00** | **$14,704.00** |

Sheet no. \_\_\_**1**\_\_\_ of \_\_\_**4**\_\_\_ continuation sheets attached      Subtotal (Total of this Page) >    **$85,804.00**    **$14,704.00**
to Schedule of Creditors Holding Secured Claims       Total (Use only on last page) >

                                                           (Report also on     (If applicable,
Summary of      report also on
Schedules.)       Statistical
Summary of
Certain Liabilities
and Related
Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **George Allison Davis**                                   Case No. __**11-43818-rfn-13**__
        **Laura Jane Davis**                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx8500<br><br>**Chase Mtg**<br>**10790 Rancho Bernardo Rd**<br>**San Diego, CA 92127** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**5816 Coleman Street, Westworth Village, TX 76114**<br>REMARKS:<br><br>VALUE: **$1,904.00** | | | | **$1,904.00** | |
| ACCT #: xxxxxxxx3690<br><br>**Compass Bank**<br>**PO Box 10566**<br>**ALBI-HWREC**<br>**Bimingham, AL 35296** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**7116 Overhill Road, Fort Worth, TX 76114**<br>REMARKS:<br><br>VALUE: **$108,000.00** | | | | **$83,000.00** | |
| ACCT #: xxxxxxxx3690<br><br>**Compass Bank**<br>**PO Box 10566**<br>**ALBI-HWREC**<br>**Bimingham, AL 35296** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**7116 Overhill Road, Fort Worth, TX 76114**<br>REMARKS:<br><br>VALUE: **$1,680.00** | | | | **$1,680.00** | |
| ACCT #: xxxxxxxx0008<br><br>**Eecu**<br>**Po Box 1777**<br>**Ft Worth, TX 76101** | | C | DATE INCURRED: **11/1/2010**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2005 Kia Sorento (76,000 miles)**<br>REMARKS:<br><br>VALUE: **$8,975.00** | | | | **$9,082.00** | **$107.00** |

Sheet no. ___**2**___ of ___**4**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$95,666.00**   **$107.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **George Allison Davis**          Case No.   **11-43818-rfn-13**
       **Laura Jane Davis**                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx2260**<br><br>**GMAC**<br>**2740 Arthur St**<br>**Roseville, MN 555113-1303** | | C | DATE INCURRED: **01/2006**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**5606 Watters Place, Ft. Worth, TX 76114**<br>REMARKS:<br><br>VALUE: **$60,700.00** | | | | **$65,359.00** | **$4,659.00** |
| ACCT #: **xxxxxx2260**<br><br>**GMAC Mortgage**<br>**P O Box 4622**<br>**Waterloo, IA 50704-0780** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**5606 Watters Place, Ft. Worth, TX 76114**<br>REMARKS:<br><br>VALUE: **$657.00** | | | | **$657.00** | |
| ACCT #: **xxxxxxxxxxxxxxxxx0806**<br><br>**Legend Bank**<br>**101 W Tarrant St**<br>**Bowie, TX 76230** | | C | DATE INCURRED: **08/2006**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**25.534 acres @ 3222 N. US Hwy 287, Decatur, TX 7**<br>REMARKS:<br><br>VALUE: **$105,000.00** | | | | **$107,073.00** | **$2,073.00** |
| ACCT #: **xxxxxxxxxxxxxxxxxx1107**<br><br>**Legend Bank**<br>**101 W Tarrant St**<br>**Bowie, TX 76230** | | C | DATE INCURRED: **11/1/2007**<br>NATURE OF LIEN:<br>**Recreational**<br>COLLATERAL:<br>**2005 Jacyo Eagle RLS travel trailer**<br>REMARKS:<br><br>VALUE: **$20,000.00** | | | | **$7,731.00** | |

Sheet no.   **3**   of   **4**   continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$180,820.00** | **$6,732.00** |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **George Allison Davis**       Case No. **11-43818-rfn-13**
**Laura Jane Davis**                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**May Easterling**<br>**327 W. George Richey Road**<br>**Gladewater, TX 75647** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**1100 East Street, Lake Bridgeport, TX 76426**<br>REMARKS:<br><br>VALUE: **$24,910.00** | | | | **$27,000.00** | **$2,090.00** |
| ACCT #:<br><br>**May Easterling**<br>**327 W. George Richey Road**<br>**Gladewater, TX 75647** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**1100 East Street, Lake Bridgeport, TX 76426**<br>REMARKS:<br><br>VALUE: **$660.00** | | | | **$660.00** | |
| ACCT #:<br><br>**Paul Koster**<br>**50 Norman Ridge Road**<br>**Bloomington, MN** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Contract-for-Deed**<br>COLLATERAL:<br>**710 Crows Point, Lake Bridgeport, TX 76426**<br>REMARKS:<br><br>VALUE: **$265,300.00** | | | | **$273,000.00** | **$7,700.00** |
| ACCT #:<br><br>**Paul Koster**<br>**50 Norman Ridge Road**<br>**Bloomington, MN** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**710 Crows Point, Lake Bridgeport, TX 76426**<br>REMARKS:<br><br>VALUE: **$6,066.00** | | | | **$6,066.00** | |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$306,726.00**   **$9,790.00** |
| Total (Use only on last page) > | **$840,348.00**   **$86,205.00** |
| | (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **George Allison Davis**      Case No.    **11-43818-rfn-13**
      **Laura Jane Davis**                                     (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **George Allison Davis**      Case No. **11-43818-rfn-13**
    **Laura Jane Davis**                                      (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**Special Procedures and Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | C | DATE INCURRED: **12/31/2009**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $13,480.00 | $13,480.00 | $0.00 |
| ACCT #:<br>**Internal Revenue Service**<br>**Special Procedures and Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | C | DATE INCURRED: **12/31/2008**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $12,280.00 | $12,280.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

                    Subtotals (Totals of this page) >     $25,760.00     $25,760.00     $0.00

**Total >**

**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

**Totals >**

**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/10) - Cont.

In re **George Allison Davis**  Case No. **11-43818-rfn-13**
**Laura Jane Davis**  (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Leinart Law Firm**<br>**11520 N. Central Expressway**<br>**Suite 212**<br>**Dallas, Texas 75243** | | C | DATE INCURRED: **07/13/2011**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,500.00 | $2,500.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___**2**___ of ___**2**___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $2,500.00 | $2,500.00 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | $28,260.00 | | |
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | $28,260.00 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **George Allison Davis**                                    Case No.   **11-43818-rfn-13**
         **Laura Jane Davis**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-0641**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,073.94** |
| ACCT #:  **xxxx-xxxx-xxxx-7891**<br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850-5026** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,912.99** |
| ACCT #:  **xxxxx0785**<br>**Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | C | DATE INCURRED:  **03/2006**<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS:<br>**7105 Overhill Road** | | | | **Unknown** |
| ACCT #:  **xx-4764**<br>**Bridgeport Oil Field Services**<br>**c/o J. Mike Carrillo Law Office**<br>**204 W. Walnut**<br>**Decatur, TX 76234** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxxxxxxxxxx4904**<br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | C | DATE INCURRED:  **08/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,225.00** |
| ACCT #:  **xxxxxxxxxxxx8168**<br>**Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | C | DATE INCURRED:  **03/2002**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$879.00** |

|  | Subtotal > | **$8,090.93** |
|---|---|---|
| ____**4**____ continuation sheets attached | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re **George Allison Davis**                         Case No.  **11-43818-rfn-13**
          **Laura Jane Davis**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx7561<br>**Citibank Usa**<br>**CITICORP CREDIT SERVICES/ATTN: CENTRA**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | C | DATE INCURRED: **11/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$5,115.00** |
| ACCT #:<br>**Container-It**<br>**1801 Macy Drive**<br>**Roswell, GA 30076** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,700.00** |
| ACCT #: xxxxx5090<br>**Credit Systems Intl In**<br>**1277 Country Club Ln**<br>**Fort Worth, TX 76112** | | C | DATE INCURRED: **02/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$825.00** |
| ACCT #: xxxxxxxxx6520<br>**Dsnb Macys**<br>**911 Duke Blvd**<br>**Mason, OH 45040** | | C | DATE INCURRED: **10/1995**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$208.00** |
| ACCT #: xxxxB544<br>**Dvra Billing**<br>**5620 Pasco Del Norte #127-233**<br>**Carlsbad, CA 92008** | | C | DATE INCURRED: **04/28/2004**<br>CONSIDERATION:<br>**Installment Sales Contract**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: xxxxxxxxxxxx8216<br>**Gelowbrcpg** | | C | DATE INCURRED: **04/12/2002**<br>CONSIDERATION:<br>**Business Credit Card**<br>REMARKS: | | | | **$4,319.00** |

Sheet no. \_\_\_\_**1**\_\_\_ of \_\_\_\_**4**\_\_\_ continuation sheets attached to                           Subtotal >       **$12,167.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **George Allison Davis**              Case No.   **11-43818-rfn-13**
           **Laura Jane Davis**                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxx9886**<br>**GEMB/ Sams Club**<br>**PO Box 981400**<br>**El Paso, TX 79998** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$994.00** |
| ACCT #: **xxxxxxxxxxx4590**<br>**Gemb/dillards Dc**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | C | DATE INCURRED: **12/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,485.00** |
| ACCT #: **xxxxxxxxxxxx7959**<br>**Home Depot**<br>**P.O. Box 182676**<br>**Columbus, OH 43218** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,704.73** |
| ACCT #:<br>**Jones & Cannon Attorneys**<br>**440 North Center**<br>**Arlington, TX 76011** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$4,600.00** |
| ACCT #:<br>**Lori Spearman, Attorney**<br>**420 N. Carroll Avenue**<br>**Suite 160**<br>**Southlake, TX 76092** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Sales Taxes**<br>REMARKS: | | | | **$850.00** |
| ACCT #:<br>**Lowes**<br>**PO Box 530914**<br>**Atlanta, GA 30353** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____**2**____ of ____**4**____ continuation sheets attached to                    **Subtotal >**       **$16,633.73**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                     **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Allison Davis**                          Case No.   **11-43818-rfn-13**
        **Laura Jane Davis**                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx1094 <br> **Lowes / MBGA /** <br> **Attention:  Bankruptcy Department** <br> **PO Box 103104** <br> **Roswell, GA 30076** | | C | DATE INCURRED:  **04/2002** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **$1,000.00** |
| ACCT #:  xxxxxx9612 <br> **New Century Mortgage** <br> **18400 Von Karman Ave** <br> **Irvine, CA 92612** | | C | DATE INCURRED:  **01/2006** <br> CONSIDERATION: <br> **Fee Simple** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx-xxxx-xxxx-6662 <br> **Office Depot** <br> **PO Box 689020** <br> **Des Moines, IA 50368-9020** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$293.05** |
| ACCT #: <br> **Semi-Trailer Big Box** <br> **P.O. Box 1324** <br> **Lawrenceville, GA 30043** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$2,600.00** |
| ACCT #:  xxxxx0280 <br> **Shell** <br> **PO Box 689081** <br> **Des Moines, IA 50368-9081** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$1,059.82** |
| ACCT #: <br> **Stephen J. Naylor, PLLC** <br> **Mallick Tower** <br> **61 Summit Avenue** <br> **Suite 906** <br> **Ft. Worth, TX 76102** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for -** <br> REMARKS: | | | | **$3,076.63** |

Sheet no. ____**3**____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$8,029.50**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **George Allison Davis**          Case No. **11-43818-rfn-13**
       **Laura Jane Davis**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxx-xxxx-7766**<br>**Target National Bank**<br>**Po Box 59317**<br>**Minneapolis, MN 55459-0317** | | C | DATE INCURRED: **01/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,055.00** |
| ACCT #: **xxxx-xxxx-xxxx-4108**<br>**Target National Bank**<br>**Po Box 59317**<br>**Minneapolis, MN 55459-0317** | | C | DATE INCURRED: **02/1996**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$427.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. \_\_\_\_**4**\_\_\_\_ of \_\_\_\_**4**\_\_\_\_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              **Subtotal >**      **$3,482.00**

                                    **Total >**      **$48,403.16**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **George Allison Davis**                                    Case No.   **11-43818-rfn-13**
       **Laura Jane Davis**                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **George Allison Davis**                                    Case No.    **11-43818-rfn-13**
      **Laura Jane Davis**                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **George Allison Davis**                    Case No.   **11-43818-rfn-13**
         **Laura Jane Davis**                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |
| | | | | |

| **Employment:** | **Debtor** | **Spouse** |
|---|---|---|
| Occupation | self-employed | Office Manager |
| Name of Employer | | Mothers' Milk Bank of North Texas |
| How Long Employed | | 7 years |
| Address of Employer | | 1300 W. Lancaster |
| | | #108 |
| | | Ft. Worth, TX 76102 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $3,894.76 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$0.00** | **$3,894.76** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $335.83 |
|     b. Social Security Tax | $0.00 | $153.62 |
|     c. Medicare | $0.00 | $55.88 |
|     d. Insurance | $0.00 | $118.00 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify) _____ | $0.00 | $0.00 |
|     h. Other (Specify) _____ | $0.00 | $0.00 |
|     i. Other (Specify) _____ | $0.00 | $0.00 |
|     j. Other (Specify) _____ | $0.00 | $0.00 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$663.33** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$3,231.43** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $10,120.67 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a._____ | $0.00 | $0.00 |
|     b._____ | $0.00 | $0.00 |
|     c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$10,120.67** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$10,120.67** | **$3,231.43** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$13,352.10** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **George Allison Davis**          Case No.   **11-43818-rfn-13**
       **Laura Jane Davis**                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,533.00 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $250.00 |
|         b. Water and sewer | $80.00 |
|         c. Telephone | $50.00 |
|         d. Other:  Cable | $40.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $500.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $50.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $90.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $100.00 |
|         b. Life | |
|         c. Health | $100.00 |
|         d. Auto | $280.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other:  Personal Grooming | $70.00 |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $7,043.00 |
| 17.a. Other: | |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$10,986.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $13,352.10 |
| b. Average monthly expenses from Line 18 above | $10,986.00 |
| c. Monthly net income (a. minus b.) | $2,366.10 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **George Allison Davis**
         **Laura Jane Davis**

CASE NO   **11-43818-rfn-13**

CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

### Itemized Business Expenses
#### Snow Cap Containers

| Expense | Category | Amount |
|---|---|---|
| Container Costs | Cost of Goods Sold | $700.00 |
| Shipping | Shipping | $50.00 |
| Fuel | Gasoline | $50.00 |
| | Total > | $800.00 |

### Itemized Business Expenses
#### 5606 Watters Road

| Expense | Category | Amount |
|---|---|---|
| Mortgage | Misc. | $495.00 |
| | Total > | $495.00 |

### Itemized Business Expenses
#### 5816 Coleman

| Expense | Category | Amount |
|---|---|---|
| Mortgage | Misc. | $634.00 |
| | Total > | $634.00 |

### Itemized Business Expenses
#### 5821 Coleman

| Expense | Category | Amount |
|---|---|---|
| Mortgage | Misc. | $750.00 |
| | Total > | $750.00 |

### Itemized Business Expenses
#### 5824 Coleman

| Expense | Category | Amount |
|---|---|---|
| Mortgage | Misc. | $520.00 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **George Allison Davis**
**Laura Jane Davis**

CASE NO   **11-43818-rfn-13**

CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

*Continuation Sheet No. 1*

|  | Total > | $520.00 |
|---|---|---|

## Itemized Business Expenses
### 7116 Overhill

| Expense | Category | Amount |
|---|---|---|
| Mortgage | Misc. | $840.00 |
|  | Total > | $840.00 |

## Itemized Business Expenses
### 1100 East St

| Expense | Category | Amount |
|---|---|---|
| Mortgage | Misc. | $330.00 |
|  | Total > | $330.00 |

## Itemized Business Expenses
### 605 Business 287

| Expense | Category | Amount |
|---|---|---|
| Mortgage | Misc. | $300.00 |
|  | Total > | $300.00 |

## Itemized Business Expenses
### 3222 N. US Hwy 287

| Expense | Category | Amount |
|---|---|---|
| Mortgage | Misc. | $1,249.00 |
|  | Total > | $1,249.00 |

## Itemized Business Expenses
### Property Tax Withholdings on all rental properties

| Expense | Category | Amount |
|---|---|---|
| Property Taxes | Property Taxes | $1,125.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **George Allison Davis**
         **Laura Jane Davis**

CASE NO   **11-43818-rfn-13**

CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

*Continuation Sheet No. 2*

| | |
|---|---|
| **Total >** | **$1,125.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re **George Allison Davis**
      **Laura Jane Davis**

Case No.   **11-43818-rfn-13**

Chapter   **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $723,810.00 | | |
| B - Personal Property | Yes | 7 | $52,297.30 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $840,348.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $28,260.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $48,403.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $13,352.10 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $10,986.00 |
| TOTAL | | 32 | $776,107.30 | $917,011.16 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **George Allison Davis**              Case No.    **11-43818-rfn-13**
       **Laura Jane Davis**

                                             Chapter     **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $25,760.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $25,760.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $13,352.10 |
| Average Expenses (from Schedule J, Line 18) | $10,986.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $12,091.58 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $86,205.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $28,260.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $48,403.16 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $134,608.16 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **George Allison Davis**                                      Case No.  **11-43818-rfn-13**
     **Laura Jane Davis**                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **34**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **8/2/2011**                                        Signature  **/s/ George Allison Davis**
                                                    **George Allison Davis**


Date  **8/2/2011**                                        Signature  **/s/ Laura Jane Davis**
                                                    **Laura Jane Davis**

                                                  [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*