Alice Whitten
Chapter 13 Standing Trustee
6100 Western Place, Ste 1050
Fort Worth, TX 76107-6107
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: GEORGE ALLISON DAVIS<br>LAURA JANE DAVIS<br><br>Debtors | Case No: 11-43818-RFN<br>Prehearing Date: April 27, 2012 |

**NOTICE OF PRE-HEARING CONFERENCE AND**
**HEARING ON "TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS,**
**OBJECTION TO CLAIMS, AND PLAN MODIFICATION (IF REQUIRED)"**

TO ALL PARTIES IN INTEREST:

A Pre-Hearing Conference with the Chapter 13 Trustee concerning the attached Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification (if required)("TRCC") will be held at **9:00 AM** on **April 27, 2012** at 6100 Western Place Dr, Suite 550, Fort Worth, TX 76107.

If any objections to the Pleadings are not resolved or defaulted at the Trustee's Pre-hearing Conference then this matter will be called at the docket call to be held at **8:30 AM** on **May 03, 2012** at 204 U.S. Courthouse, 10th and Lamar Streets, Fort Worth, TX, with the hearing on the matter immediately following the conclusion of the docket call.

Pursuant to General Order 2010-01 Section 8(c), unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC and such treatment will be final and binding on all parties, unless Section 502j of the Bankruptcy Code applies.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN APRIL 20, 2012.

DEBTORS: GEORGE ALLISON DAVIS & LAURA JANE DAVIS, 710 Crows Pt, Lake Bridgeport, TX 76426
ATTORNEY: LEINART LAW FIRM, 11520 N CENTRAL EXPWY STE 212, DALLAS, TX 75243
COURT: CLERK'S OFFICE, US BANKRUPTCY COURT, 128 U.S. COURTHOUSE, 10TH & LAMAR ST, FT. WORTH, TX 76102
TRUSTEE: TRUSTEE'S OFFICE, 6100 Western Place, Ste 1050, Fort Worth, TX 76107-6107

/s/ Alice Whitten
Alice Whitten, Trustee/State Bar # 00793029

Case 11-43818-rfn13 Doc 75 Filed 03/27/12 Entered 03/27/12 16:38:53 Page 2 of 7

CASE NO: 11-43818-RFN
GEORGE ALLISON DAVIS & LAURA JANE DAVIS
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the "Notice of Pre-Hearing Conference and Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)" and that a copy of the "Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification (if required)" was served on the following parties at the address listed below by the United States First Class Mail or via electronic mail.

/s/ Alice Whitten

DEBTORS: GEORGE ALLISON DAVIS & LAURA JANE DAVIS, 710 Crows Pt, Lake Bridgeport, TX 76426
ATTORNEY: LEINART LAW FIRM, 11520 N CENTRAL EXPWY STE 212, DALLAS, TX 75243

CREDITORS:
AMERICAS SERVICING COMPANY, BANKRUPTCY CASH MGMT MAC#X2302 04C, ONE HOME CAMPUS, DES MOINES, IA 50328-0000
AMERICAS SERVICING COMPANY, LEGAL PRACTICE MANAGEMENT, 15000 SURVEYOR BLVD STE 1720, ADDISON, TX 75001-0000
ASCENSION CAPITAL GROUP LTD, PO BOX 201347, ARLINGTON, TX 76006-0000
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
B-LINE LLC, MS 550, PO BOX 91121, SEATTLE, WA 98111
BACHOMELOANS, 450 AMERICAN ST, SIMI VALLEY, CA 93065-0000
BANK OF AMERICA, BAC HOME LOANS, 7105 CORPORATE DR TX2-982-03-03, PLANO, TX 75024-0000
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 15000 SURVEYOR BLVD STE 100, ADDISON, TX 75001-0000
BRIDGEPORT OIL FIELD SERVICES, C/O J MIKE CARRILLO LAW OFFICE, 204 W WALNUT, DECATUR, TX 76234-0000
CANDICA LLC, C/O WEINSTEIN AND RILEY PS, PO BOX 3978, SEATTLE, WA 98124
CANDICA LLC, C/O WEINSTEIN AND RILEY PS, 2001 WESTERN AVE STE 400, SEATTLE, WA 98121-0000
CAROLYN NEIGHBORS, 303 CIRCLE DR, DECATUR, TX 76234-0000
CASHMIRE FINANCE, 226 BAILEY STE #104, FORT WORTH, TX 76107-0000
CHASE HOME FINANCE LLC, 10790 RANCHO BERNARDO RD, SAN DIEGO, CA 92127-0000
CHASE HOME FINANCE LLC, MAIL STOP OH4-7119, 3415 VISION DR, COLUMBUS, OH 43219-0000
CITIBANK USA, PO BOX 20507, KANSAS CITY, MO 64195-0000
COMPASS BANK, PO BOX 10566, BIRMINGHAM, AL 35296-0000
COMPASS BANK, PO BOX 201347, ARLINGTON, TX 76006-0000
CONTAINER-IT, 1801 MACY DR, ROSWELL, GA 30076-0000
CREDIT SYSTEMS INTL INC, 1277 COUNTRY CLUB LN, FORT WORTH, TX 76112-0000
DVRA BILLING, 5620 PASCO DEL NORTE #127-233, CARLSBAD, CA 92008-0000***
EECU, PO BOX 1777, FT WORTH, TX 76101
FIA CARD SERVICES, BANK OF AMERICA NA AND MBNA AMERICA BANK, PO BOX 15102, WILMINGTON, DE 19886
GE CAPITAL RETAIL BANK, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131
GE MONEY BANK, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE SUITE 1120, MIAMI, FL 33131-0000
GEMB/SAMS, PO BOX 981400, EL PASO, TX 79998-0000
GENERAL MOTORS ACCEPTANCE CORP, 2740 ARTHUR ST, ROSEVILLE, MN 55113-0000
GIBSON DAVENPORT ANDERSON, 807 8TH ST 8TH FLR, WICHITA FALLS, TX 76301
GMAC MORTGAGE CORP, PO BOX 4622, WATERLOO, IA 50704
GMAC MORTGAGE LLC, ATTN: BANKRUPTCY DEPARTMENT, 1100 VIRGINIA DR, FT WASHINGTON, PA 19034-0000
GWLOWBRCPG, , AR 00000-0000***
HOME DEPOT, PO BOX 182676, COLUMBUS, OH 43218-0000
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
JENTEX FINANCIAL INC, 226 BAILEY AVE STE 104, FT WORTH, TX 76107-0000
JONES HASSETT PC, 440 NORTH CENTER, ARLINGTON, TX 76011-0000
JUNE A MANN, 550 WESTCOTT ST #560, HOUSTON, TX 77007-0000

Case 11-43818-rfn13 Doc 75 Filed 03/27/12 Entered 03/27/12 16:38:53 Page 3 of 7

Page 3

CASE NO: 11-43818-RFN
GEORGE ALLISON DAVIS & LAURA JANE DAVIS
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

CREDITORS: (cont'd.)

JUNE A MANN,  4375 JUTLAND DR, STE 200,  PO BOX 17933,  SAN DIEGO, CA  92177

LEGEND BANK,  PO BOX 1081,  BOWIE, TX  76230-0000

LEGEND BANK NA,  JOHN D ROSENTRETER,  807 8TH ST 8TH FLOOR,  WICHITA FALLS, TX  76301-0000

LEINART LAW FIRM,  11520 N CENTRAL EXPWY STE 212,  DALLAS, TX  75243-0000

LINDIA LLC,  C/O WEINSTEIN & RILEY PS,  PO BOX 3978,  SEATTLE, WA  98124-0000

LINDIA LLC,  C/O WEINSTEIN & RILEY PS,  2001 WESTERN AVE STE 400,  SEATTLE, WA  98121-0000

LINEBARGER GOGGAN BLAIR SIMPSON ET AL,  2323 BRYAN ST STE 1600,  DALLAS, TX  75201

LORI SPEARMAN, ATTORNEY,  420 N CARROLL AVE STE 160,  SOUTHLAKE, TX  76092-0000

LOWES/MBGA,  PO BOX 103104,  ROSWELL, GA  30076-0000

MACYS,  PO BOX 183083,  COLUMBUS, OH  43218

MACYS DSNB,  911 DUKE BLVD,  MASON, OH  45040-0000

MAY EASTERLING,  327 W GEORGE RICHEY RD,  GLADEWATER, TX  75647-0000

NATIONAL CAPITAL MANAGEMENT,  8245 TOURNAMENT DR STE 230,  MEMPHIS, TN  38125-0000

NEW CENTURY MORTGAGE,  18400 VON KARMAN AVE,  IRVINE, CA  92612-0000

OFFICE DEPOT,  PO BOX 689020,  DES MOINES, IA  50368-0000

PAUL KOSTER,  50 NORMAN RIDGE RD,  BLOOMINGTON, MN  55437-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  4025 WOODLAND PARK BLVD STE 300,  ARLINGTON, TX  76013

PRA RECEIVABLES MGMT, LLC,  PO BOX 12914,  NORFOLK, VA  23541-0000

PRA RECEIVABLES MGMT. LLC,  PO BOX 41067,  NORFOLK, VA  23541-0000

SEMI-TRAILER BIG BOX,  PO BOX 1324,  LAWRENCEVILLE, GA  30043-0000

SHELL,  PO BOX 689081,  DES MOINES, IA  50368

STEPHEN J NAYLOR, PLLC,  MALLICK TOWER,  61 SUMMIT AVE STE 906,  FORT WORTH, TX  76102-0000

TARGET NATIONAL BANK,  C/O WEINSTEIN AND RILEY PS,  PO BOX 3978,  SEATTLE, WA  98124

TARGET NATIONAL BANK,  C/O WEINSTEIN AND RILEY PS,  2001 WESTERN AVE STE 400,  SEATTLE, WA  98121-0000

TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

US BANK NATIONAL ASSN/GMAC MORTGAGE,  ATTN: PAYMENT PROCESSING,  3451 HAMMOND AVE,  WATERLOO, IA  50702-0000

WISE COUNTY APPRAISAL DIST,  400 EAST BUSINESS US 380,  DECATUR, TX  76234-0000

WISE COUNTY TAX,  404 W WALNUT,  DECATUR, TX  76234

***Address on record invalid for recipient -- no document mailed to this party.

Date: March 28, 2012                    By: /s/ Alice Whitten

Case 11-43818-rfn13 Doc 75 Filed 03/27/12 Entered 03/27/12 16:38:53 Page 4 of 7

CASE NO: 11-43818-RFN  
GEORGE ALLISON DAVIS & LAURA JANE DAVIS  
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 4

**Alice Whitten**
**Chapter 13 Standing Trustee**
**6100 Western Place, Ste 1050**
**Fort Worth, TX 76107-6107**
**Telephone: (817) 916-4710**
**Facsimile: (817) 916-4770**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **IN RE: GEORGE ALLISON DAVIS**<br>**LAURA JANE DAVIS**<br><br>**Debtors** | Case No: 11-43818-RFN |

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO
### CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

The Trustee hereby objects to and/or recommends allowance or disallowance of the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

**I.**

### OBJECTION - NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED, and not be paid by the Trustee:

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 24 | BACHOMELOANS | UNSECURED | $0.00 |
| 29 | CONTAINER-IT | UNSECURED | $1,700.00 |
| 30 | CREDIT SYSTEMS INTL INC | UNSECURED | $825.00 |
| 32 | GEMB/SAMS | UNSECURED | $994.00 |
| 34 | HOME DEPOT | UNSECURED | $6,704.73 |
| 36 | LORI SPEARMAN, ATTORNEY | UNSECURED | $850.00 |
| 38 | LOWES/MBGA | UNSECURED | $1,000.00 |
| 31 | MACYS | UNSECURED | $208.00 |
| 17 | MAY EASTERLING | SECURED | $27,000.00 |
| 39 | OFFICE DEPOT | UNSECURED | $293.05 |
| 2 | PAUL KOSTER | SECURED | $273,000.00 |
| 40 | SEMI-TRAILER BIG BOX | UNSECURED | $2,600.00 |
| 41 | SHELL | UNSECURED | $1,059.82 |
| 42 | STEPHEN J NAYLOR, PLLC | UNSECURED | $3,076.63 |

Case 11-43818-rfn13 Doc 75 Filed 03/27/12 Entered 03/27/12 16:38:53 Page 5 of 7

CASE NO: 11-43818-RFN  
GEORGE ALLISON DAVIS & LAURA JANE DAVIS  
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 5

## II-A.

## OBJECTION - DUPLICATE CLAIMS

The Trustee hereby objects to the following claims as they appear to be duplicates of other filed claims, but were not filed as amended or supplemental claims. Therefore these claims should be DISALLOWED, and not paid by the Trustee:

| CLAIM # | CREDITOR'S NAME | CLAIM AMOUNT | AMOUNT | CLASS (S,P,U) |
|---|---|---|---|---|

*** NONE ****

## II-B.

## OBJECTION - FILED IN WRONG CASE

The Trustee hereby objects to the following claims as they appear to have been filed in the wrong case. Therefore these claims should be DISALLOWED, and not paid by the Trustee:

| CLAIM # | CREDITOR'S NAME | CLAIM AMOUNT | AMOUNT | CLASS (S,P,U) |
|---|---|---|---|---|

*** NONE ****

## III.

## TRUSTEE'S RECOMMENDATIONS CONCERNING CLAIMS

The Trustee hereby recommends the ALLOWANCE or DISALLOWANCE of the following claims for the amount(s) and in the class(es) as listed below: (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at confirmation. "Value" and "Treatment" are shown below for information only.)

| CLAIM# | SECURED 1325(a)(9) CRD | COLLATERAL | CLAIM | VALUE | INTEREST RATE | *TREATMENT |
|---|---|---|---|---|---|---|
| 12 | EECU | 2005 KIA SORENTO | $9,082.63 | $8,975.00 | 5.00% | PRO RATA-TR |

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | VALUE | INTEREST RATE | *TREATMENT |
|---|---|---|---|---|---|---|
| 28 | PAUL KOSTER | 710 CROWS POINT ARREARS/ATTY FILED | $6,066.00 | $265,300.00 | 0.00% | PRO RATA-TR |
| 16 | AMERICAS SERVICING COMPANY | 5824 COLEMAN ST ARREARS | $1,344.41 | $52,400.00 | 0.00% | PRO RATA-TR |
| 16 | AMERICAS SERVICING COMPANY | 5824 COLEMAN ST | $76,741.96 | $52,400.00 | | DIRECT-DR |
| 19 | BANK OF AMERICA | 5821 COLEMAN ST ARREARS | $15,123.45 | $48,300.00 | 0.00% | PRO RATA-TR |
| 19 | BANK OF AMERICA | 5821 COLEMAN ST | $94,275.63 | $48,300.00 | | DIRECT-DR |
| 18 | CAROLYN NEIGHBORS | 605 BUS 287/ARREARS | $2,100.00 | $12,000.00 | 0.00% | PRO RATA-TR |
| 18 | CAROLYN NEIGHBORS | 605 BUS 287 | $14,000.00 | $12,000.00 | | DIRECT-DR |
| 29 | JENTEX FINANCIAL INC | PROPERTY TAX LIEN/7116 OVERHILL RD | $14,449.75 | $108,000.00 | 12.00% | PRO RATA-TR |
| 27 | CHASE HOME FINANCE LLC | 5816 COLEMAN ST ARREARS | $2,371.21 | $47,200.00 | 0.00% | PRO RATA-TR |
| 27 | CHASE HOME FINANCE LLC | 5816 COLEMAN ST | $63,307.40 | $47,200.00 | | DIRECT-DR |
| 21 | COMPASS BANK | 7116 OVERHILL RD ARREARS | $3,592.10 | $108,000.00 | 0.00% | PRO RATA-TR |
| 21 | COMPASS BANK | 7116 OVERHILL RD | $85,278.08 | $108,000.00 | | DIRECT-DR |
| 23 | US BANK NATIONAL ASSN/GMAC MORTG | 5606 WATTERS PLACE ARREARS | $1,161.10 | $60,700.00 | 0.00% | PRO RATA-TR |
| 23 | US BANK NATIONAL ASSN/GMAC MORTG | 5606 WATTERS PLACE | $65,431.52 | $60,700.00 | | DIRECT-DR |

Case 11-43818-rfn13 Doc 75 Filed 03/27/12 Entered 03/27/12 16:38:53 Page 6 of 7

CASE NO: 11-43818-RFN  
GEORGE ALLISON DAVIS & LAURA JANE DAVIS  
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 6

| CLAIM# | SECURED CREDITORS (cont'd.) | COLLATERAL | CLAIM | VALUE | INTEREST RATE | *TREATMENT |
|---|---|---|---|---|---|---|
| 22 | MAY EASTERLING | 1100 EAST ST ARREARS/ATTY FILED | $660.00 | $24,910.00 | 0.00% | PRO RATA-TR |
| 4 | LEGEND BANK | 25.534 ACRES AT 3222 N US HWY 287 | $110,612.74 | $105,000.00 | | DIRECT-DR |
| 5 | LEGEND BANK | 2005 JAYCO EAGLE RLS TRAVEL TRAILER | $7,339.78 | $20,000.00 | 5.00% | PRO RATA-TR |
| 7 | WISE COUNTY APPRAISAL DIST | 605 S BUS 287 0.081 ACRES/10 | $207.43 | $7,060.00 | 12.00% | PRO RATA-TR |
| 8 | WISE COUNTY TAX | 111 PR 2168 & 605 S BUS 287/11 | $1,358.30 | $481,810.00 | | DIRECT-DR |
| 7 | WISE COUNTY APPRAISAL DIST | 605 S BUS 287 0.100 ACRES/10 | $358.46 | $12,480.00 | 12.00% | PRO RATA-TR |
| 7 | WISE COUNTY APPRAISAL DIST | 111 PR 2168/10 | $42.89 | $172,670.00 | 12.00% | PRO RATA-TR |
| 7 | WISE COUNTY APPRAISAL DIST | 605 S BUS 287 0100 ACRES/11 | $253.15 | $12,480.00 | | DIRECT-DR |
| 7 | WISE COUNTY APPRAISAL DIST | 605 S BUS 287 0.081 ACRES/11 | $146.49 | $7,060.00 | | DIRECT-DR |
| 14 | TARRANT COUNTY TAX COLLECTOR | 7116 OVERHILL RD/10 | $4,313.81 | $108,000.00 | 12.00% | PRO RATA-TR |
| 7 | WISE COUNTY APPRAISAL DIST | 710 CROWS POINT/11 | $3,360.06 | $265,300.00 | | DIRECT-DR |
| 7 | WISE COUNTY APPRAISAL DIST | 1100 EAST/11 | $307.90 | $24,910.00 | | DIRECT-DR |
| 7 | WISE COUNTY APPRAISAL DIST | 111 PR 2168/11 | $30.29 | $172,670.00 | | DIRECT-DR |
| 14 | TARRANT COUNTY TAX COLLECTOR | 7116 OVERHILL RD/11 | $3,357.93 | $108,000.00 | | DIRECT-DR |
| 14 | TARRANT COUNTY TAX COLLECTOR | 5606 WATTERS/11 | $1,098.26 | $61,200.00 | | DIRECT-DR |
| 14 | TARRANT COUNTY TAX COLLECTOR | 5821 COLEMAN/11 | $1,047.48 | $48,300.00 | | DIRECT-DR |
| 14 | TARRANT COUNTY TAX COLLECTOR | 5824 COLEMAN/11 | $1,136.40 | $52,400.00 | | DIRECT-DR |
| 14 | TARRANT COUNTY TAX COLLECTOR | 5816 COLEMAN/11 | $1,023.63 | $47,200.00 | | DIRECT-DR |
| | AMERICAS SERVICING COMPANY | 5824 COLEMAN ST/POST ARRS/AO - MOD 12/11 | $2,071.24 | $52,400.00 | 0.00% | PRO RATA-TR |
| | LEGEND BANK | 2005 JAYCO EAGLE RLS TRAVEL TRAILER/POST ARRS/AO | $4,063.80 | $20,000.00 | 0.00% | *PRO RATA-TR |
| | COMPASS BANK | 7116 OVERHILL RD/POST PET ARRS | $5,615.68 | $108,000.00 | 0.00% | *PRO RATA-TR |

| CLAIM# | PRIORITY | CLAIM | *TREATMENT |
|---|---|---|---|
| 6 | INTERNAL REVENUE SERVICE | $62,362.69 | PRO RATA-TR |
| | LEINART LAW FIRM | $400.00 | PRO RATA-TR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 2 | FIA CARD SERVICES | $3,073.94 | BANK OF AMERICA |
| 1 | FIA CARD SERVICES | $2,912.99 | BANK OF AMERICA |
| 13 | BRIDGEPORT OIL FIELD SERVICES | $24,787.09 | |
| 15 | LINDIA LLC | $1,225.21 | CAPITAL ONE |
| 17 | CANDICA LLC | $879.19 | CAPITAL ONE |
| 24 | PRA RECEIVABLES MGMT, LLC | $5,115.00 | HOME DEPOT |
| 9 | B-LINE LLC | $2,993.81 | DILLARDS |
| 11 | JONES HASSETT PC | $4,981.00 | |
| 20 | PRA RECEIVABLES MGMT, LLC | $1,000.56 | LOWES |
| 3 | TARGET NATIONAL BANK | $3,055.70 | |
| 10 | TARGET NATIONAL BANK | $427.16 | |
| 25 | GE CAPITAL RETAIL BANK | $4,319.14 | LOWES |
| 6 | INTERNAL REVENUE SERVICE | $115,409.62 | TAXES/02-07 |
| 6 | INTERNAL REVENUE SERVICE | $46,601.81 | PENALTY |
| 26 | NATIONAL CAPITAL MANAGEMENT | $2,993.81 | DILLARDS/AMERICAN EXPRESS |

Case 11-43818-rfn13 Doc 75 Filed 03/27/12    Entered 03/27/12 16:38:53    Page 7 of 7

CASE NO: 11-43818-RFN  
GEORGE ALLISON DAVIS & LAURA JANE DAVIS  
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 7

\* **Modified through this TRCC**

**IF THE TRUSTEE'S RECOMMENDATION CONCERNING ANY CLAIM DIFFERS FROM THE AMOUNT INDICATED IN A CREDITOR'S PROOF OF CLAIM, THE RECOMMENDATION IS DEEMED AN OBJECTION TO SUCH CLAIM.  UNLESS A TIMELY RESPONSE OR OBJECTION IS FILED CONTESTING THE TRUSTEE'S RECOMMENDATION, THE OBJECTION WILL BE SUSTAINED AND SUCH CLAIM WILL BE ALLOWED ONLY IN THE AMOUNT AND IN THE CLASS INDICATED.**

IV.

**PLAN MODIFICATION**

**Modification Details**

The following changes will be made to <u>Debtor Payments</u>, <u>Plan Base</u> and/or <u>Plan Term</u> for the reason(s) specified below:

TPI AS OF 12/15/11 $9,793.04, PAYMENTS TO RESUME 1/3/2012 $2,200.00 X 3; $3,503.00 X 4; $7,846.00  X 48  
FOR A BASE AMOUNT OF $407,013.04  IN 60 MONTHS.

**Reason(s) for Modification:**

To make the plan sufficient.

To provide for the full amount of the IRS priority claim.  To provide for the post-petition home mortgage arrears. To provide for the 100% stipulation to unsecured creditors.

Respectfully submitted,  
Office of the Chapter 13 Trustee, Fort Worth  
/s/   Alice Whitten  
Alice Whitten, Trustee  
State Bar # 00793029

Dated:    March 28, 2012