

**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET**



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

**Signed May 17, 2012**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case Number: 11-43818-RFN |
| George Allison Davis & Laura Jane Davis | Chapter 13 |
| | JUDGE RUSSELL F NELMS |
| DEBTOR(S) | |

---

**ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS,
OBJECTION TO CLAIMS, AND PLAN MODIFICATION (if required)**

---

CAME ON FOR CONSIDERATION the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required). The Court hereby approves such recommendation/ modification, subject to reconsideration for cause pursuant to 11 U.S.C. §502(j) and Bankruptcy Rule 3008.

It is therefore ORDERED, ADJUDGED AND DECREED that the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) is hereby approved, except:

1. JENTEX FINANCIAL INC, Claim# 29 is allowed a(n) SECURED claim in the amount of $14,449.75.

# # # END OF ORDER # # #