


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed November 13, 2012**

---

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **GEORGE ALLISON DAVIS** | § | **CASE NO. 11-43818-RFN-13** |
| **LAURA JANE DAVIS** | § | |
| **Debtors** | § | **CHAPTER 13** |

**ORDER SUSTAINING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 6 OF
INTERNAL REVENUE SERVICE IN THE AMOUNT OF $62,362.69**

CAME ON BEFORE THE COURT Debtors' Objection to Proof of Claim No. 6 of Internal Revenue Service in the amount of $62,362.69. The Debtors filed such objection on or about September 25, 2012. The Court finds the objection to claim contains sufficient proof to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f) and was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that the objection contained the appropriate thirty (30)-day negative notice language, pursuant to LBR 9007, which directed the Claimant to file a written response within thirty days or the objection to claim would be deemed by the Court to be unopposed and therefore, the Court finds that just cause exists for the entry of the following order:

ORDERED Debtors' Objection to Proof of Claim No. 6 of Internal Revenue Service is sustained and claim is allowed as an unsecured priority claim in the amount of $27,628.06, with the balance of the claim allowed as a general unsecured claim.

###END OF ORDER###

Submitted by:  _**/s/ Marcus Leinart**_

Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS