**LEINART LAW FIRM**
**11520 N CENTRAL EXPWY STE 212**
**DALLAS, TX 75243**
**Telephone: (469) 232-3328**
**Facsimile: (214) 221-1755**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 11-43818-RFN |
| GEORGE ALLISON DAVIS | ) | CHAPTER 13 |
| LAURA JANE DAVIS | ) | |
| | ) | |
| DEBTORS | ) | JUDGE RUSSELL F NELMS |

### DEBTORS' MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION
### DATE: 7/18/2013

Pursuant to 11 USC § 1329, the Debtors request the following modification(s) to the Debtors' original or last modified Chapter 13 plan.

1. History of Case:

   | | | | |
   |---|---|---|---|
   | Petition Date: | 07/04/2011 | Total Paid In (Received to Date): | $59,513.86 |
   | First Meeting Date: | 08/17/2011 | Amount Due to be Current: | **SEE BELOW |
   | Confirmation Date | 11/15/2011 | Plan Base (Current): | $ 139,703.64 |
   | | | Plan Base (New) | $ 186,482.86 |

2. Current Plan Payment to Trustee Amounts and Term:

   | Start Date | Number Periods | Amount | How Often |
   |---|---|---|---|
   | 10/3/2012 | 1 | $3,503.00 | MONTHLY |
   | 11/3/2012 | 3 | $1,843.00 | MONTHLY |
   | 2/3/2013 | 42 | $2,228.00 | MONTHLY |

3. New Plan Payment to Trustee Amounts and Term:

   | Start Date | Number Periods | Amount | How Often |
   |---|---|---|---|
   | 08/03/2013 | 3 | $2,228.00 | MONTHLY |

   Debtors' new payment will be on or before: 08/03/2013

   | | | | |
   |---|---|---|---|
   | 11/03/2013 | 33 | $3,645.00 | MONTHLY |

   Debtors' new payment will be on or before: 11/03/2013

   NEW PLAN BASE: $186,482.86 IN 60 MONTHS.

   Debtors new payment Start Date may not be more than 30 days from the above date, BUT ANY INCREASE OR DECREASE IN Debtors new payment amount may not be less than 30 days from the above date.

4. PROVIDE FOR OR MODIFY TREATMENT OF <u>SECURED CLAIMS (CRAM DOWN)</u> TO:

   *** NONE ***

The automatic stay shall be lifted and the Trustee shall cease disbursement of account of any Surr (surrender) of collateral as indicated above, without further order of the court as of the date of filing hereof, pursuant to General Order 2010-01, Paragraph 4e.

5.     PROVIDE FOR OR MODIFY TREATMENT OF <u>SECURED CLAIMS (NO CRAM DOWN)</u> TO:

1. PAY DIRECT claims to US BANK NATIONAL in the amounts of $1,161.10 at 0% interest and $3,547.17 at 0% interest, both with a value of $60,700.00.
2. PROVIDE for post petition mortgage arrears, for 5816 Coleman St. to CHASE HOME FINANCE in the amount of $14,079.75 at 0% interest pro rata with a value of $47,200.00.
3. PROVIDE for post petition mortgage arrears in amount of $50 to US BANK NATIONAL at 0% pro rata interest with a value of $60,700.
4. PROVIDE for post petition mortgage arrears to SELECT PORTFOLIO at 0% interest in the amount of $18,278.10, pro rata with a value of $47,200.

The automatic stay shall be lifted and the Trustee shall cease disbursement of account of any Surr (surrender) of collateral as indicated above, without further order of the court as of the date of filing hereof, pursuant to General Order 2010-01, Paragraph 4e.

6.     PROVIDE FOR OR MODIFY TREATMENT OF <u>PRIORITY CLAIMS</u> TO:

*** NONE ***

7.     Reason for modifications or other plan provisions:

(1) To Cure plan arrears to the Trustee through July, 2013 .

(2) To make plan sufficient (based on allowed claims).

8.     Debtors' attorney fee for this modification:

Total amount of $400.00, of which $400.00 will be paid through the plan by the Trustee pro rata, after payment of specified monthly payments and before any other pro rata payments.

9.     All other provisions as set forth in the last confirmed plan remain the same.

Date: 7/18/2013          /s/ Marcus Leinart

Marcus Leinart
Bar No. 00794156

LEINART LAW FIRM
11520 N CENTRAL EXPWY.,
STE 212
DALLAS, TX 75243
Telephone: (469) 232-3328
Facsimile: (214) 221-1755

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing DEBTORS MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtors and the parties listed below by or under the direction of the undersigned by US First Class Mail, postage paid, and electronically by the Clerk on the Trustee and all other parties entitled to electronic notice on the date of filing hereof.

Date: 7/18/2013                                              /s/ Marcus Leinart