

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 9, 2014**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:

GEORGE ALLISON DAVIS
LAURA JANE DAVIS

Case Number: 11-43818-RFN

Chapter 13

JUDGE RUSSELL F NELMS

## ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COOPERATE WITH THE TRUSTEE (20012 TAX RETURN)

WHEREAS the Chapter 13 Trustee, Pam Bassel, filed a Motion to Dismiss for Failure to Cooperate with the Trustee 20012 Tax Return) on October 31, 2013. The matter was heard at a prehearing conference on 12/6/2013. Debtor did not appear at the prehearing and no response was filed. The matter was continued to be heard before the Court on 1/2/2014.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above styled Chapter 13 proceeding is DISMISSED WITHOUT PREJUDICE for re-filing of the same.

# # # End of Order # # #